UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROSANNA DESIMONE,

    *Plaintiff,*

v.

LIFE TIME, INC.,

    *Defendant.*

No. 24-cv-12545-PGL

## SETTLEMENT ORDER OF DISMISSAL

LEVENSON, U.S.M.J.

The Court having been advised on June 26, 2026, that the above-captioned action has been settled in principle with respect to all parties and all claims:

IT IS ORDERED that the above captioned matter be, and hereby is, DISMISSED without costs and without prejudice to the right of any party, upon good cause shown within **30 days**, to reopen the action if settlement is not consummated.

BY THE COURT,

/s/ Paul G. Levenson
Paul G. Levenson
U.S. MAGISTRATE JUDGE

Dated: June 26, 2026